**Rothman Rocco LaRuffa, LLP**
3 West Main Street, Suite 200
Elmsford, New York 10523
(914) 478-2801
MATTHEW ROCCO (MR 2496)
mrocco@rothmanrocco.com
*Attorneys for Defendant United Welfare Fund*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWELL HEALTH, INC., | NYS Supreme Index No.: 613820/2020 |
| Plaintiff, | |
| -against- | USDC Civil Action No.: 21-cv- |
| EMPIRE BLUE CROSS AND BLUE SHIELD, EMPIRE HEALTHCHOICE ASSURANCE, INC., EMPIRE HEALTHCHOICE HMO, INC., AND UNITED WELFARE FUND, | |
| Defendants. | |

### NOTICE OF FILING PETITION FOR REMOVAL
### [28 U.S.C. § 1446(d); FRCP 81(c)]

TO:    Thomas B. Noonan, Esq.
       Butler Tibbets, LLC
       Nine East 45th Street, 9th Floor
       New York, NY 10017
       *Attorneys for Plaintiff Northwell Health, Inc.*

       Peter Bisio, Esq.
       Hogan Lovells US, LLP
       555 Thirteenth Street, NW
       Washington, DC 20004
       *Attorneys For Defendant Empire Blue Cross and Blue Shield;*
       *Empire Healthchoice Assurance, Inc.;*
       *Empire Healthchoice HMO, Inc.*

       Clerk of Court
       State of New York Supreme Court

Nassau County
100 Supreme Court Drive
Mineola, New York 11501

Please take notice that on January 4, 2021, Defendant UNITED WELFARE FUND ("Defendant") filed a Petition for Removal, a copy of which is attached hereto, of the above-captioned action to the United States District Court for the Eastern District of New York.

You are also advised that Defendant, on filing such notice of removal in the office of the Clerk of the United States District Court for the Eastern District of New York, also promptly sent copies thereof to the Clerk of the Court of the Nassau County Supreme Court to effect removal pursuant to 28 U.S.C. § 1446(d).

Dated: Elmsford, New York

January 4, 2021

Respectfully submitted,

ROTHMAN ROCCO LaRUFFA, LLP
*Attorneys For The United Welfare Fund*

*/s/ Matthew P. Rocco*

By:_____
Matthew P. Rocco
3 West Main Street, Suite 200
Elmsford, New York 10523
T: (914) 478-2801
F: (914) 478-2913
mrocco@rothmanrocco.com

2