| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

BEFORE:   A. KATHLEEN TOMLINSON         DATE:   5-27-2021
          U.S. MAGISTRATE JUDGE          TIME:   11:33 a.m. (15 minutes)

*Northwell Health, Inc. v. Empire Blue Cross and Blue Shield, et al.*
**CV 21-20 (GRB) (AKT)**

TYPE OF CONFERENCE:        **INITIAL CONFERENCE**

APPEARANCES:   Plaintiff     Thomas B. Noonan
                             Timothy F. Butler

               Defendant     Peter Bisio   (Empire Defendants)

                             Matthew Phillip Rocco (**United Welfare Fund**)

FTR through AT&T teleconference line:   11:33-11:48

SCHEDULING:

This case is set down for a Telephone Status Conference on August 4, 2021 at 11 a.m. using the Court's AT&T teleconference number 866-590-5055, access code 9720458.

**THE FOLLOWING RULINGS WERE MADE:**

1. At the outset of today's conference, we spent some time discussing the causes of action asserted by plaintiff in this ERISA/breach of contract action. As a result, it appears that there may be an opportunity to resolve some of the alleged unpaid claims before commencing full-blown discovery. To that end, counsel for both sides will meet and confer in an attempt to match up the claim numbers with the entries on the spreadsheet provided to the defendants by plaintiff's counsel. That task is to be completed within three weeks. At that juncture, the Court expects the parties to sit down together and go through the information to ascertain which claims may have already been paid.

2. Counsel are directed to file a joint status letter on ECF by July 30, 2021 outlining where they stand after completing this undertaking. The Court will take up the contents of that letter at the August 4, 2021 conference, along with next steps to be taken in the case. The Court also directed counsel to have a conversation about the prospect of mediation.

3. All other discovery is stayed pending the August 4, 2021 conference.

                              **SO ORDERED.**

                              /s/ A. Kathleen Tomlinson
                              A. KATHLEEN TOMLINSON
                              U.S. Magistrate Judge