

**FILED
CLERK**

10:27 am, Jan 04, 2023

**U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE**

Elise S. Feldman
efeldman@rothmanrocco.com

January 3, 2023

ORDER DISMISSING CASE: In light of the settlement in principle this case is hereby DISMISSED without prejudice to its reinstatement should the settlement not be consummated. Barring any further requests for an extension within 90 days of this order, this dismissal shall deemed with prejudice.

**VIA ECF ONLY**

Hon. Steven I. Locke, U.S.M.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

Dated: 1/4/2023
*/s/ Gary R. Brown*
GARY R. BROWN, U.S.D.J.

Re:   **Northwell Health, Inc. v. Empire Blue Cross & Blue Shield, United Welfare Fund, et al.
Civil Action No.: 21-CV-00020 (GRB)(SIL)**

Dear Judge Locke:

This firm represents Defendant United Welfare Fund ("UWF") in the above-referenced matter. We are pleased to report that, through mediation, the parties have settled, and are in the process of finalizing the written settlement agreement. I therefore write in accordance with Your Honor's Individual Rule 2. B. on behalf and on consent of all parties to respectfully request an adjournment without date of the court conference currently scheduled for January 5, 2023 at 11:30 AM. This is the first request for an adjournment of the conference date. Because the parties are finalizing the written settlement agreement, we do not seek an alternative date for this conference.

Respectfully Submitted,

*Elise S. Feldman*

Elise S. Feldman

cc: Timothy Butler, Esq. (counsel for Plaintiff Northwell Health, Inc.) (via email)
    Briana Black, Esq. (counsel for Empire Defendants) (via email)